IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY WAYNE MCCAA, #174 508, <br><br> Plaintiff, <br><br> v. <br><br> DAN THOMPSON – PROBATION – PAROLE OFFICER, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 2:14-CV-75-WHA (WO) |

## **ORDER**

Following an independent evaluation and de novo review of the file in this case, including the Recommendation of the Magistrate Judge (Doc. # 43) entered on January 31, 2017 and the Plaintiff's Objection thereto (Doc. # 44), the court finds the Objection to be without merit. The court agrees with the Recommendation of the Magistrate Judge and it is hereby Ordered as follows:

(1) Plaintiff's Objection is Overruled.

(2) The court adopts the Recommendation of the Magistrate Judge.

(3) Defendants' Motion for Summary Judgment is Granted and Judgment will be entered in favor of the Defendants.

(4) Plaintiff's pendent state law claims are Dismissed without prejudice.

(5) This case is Dismissed and costs are taxed against the Plaintiff.

Done this 23rd day of February, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE